# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE MCNEIL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-1947 |
| v. | : | |
| | : | |
| GREYHOUND LINES, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this __5th___ day of November, 2013, it is **ORDERED** that the Motion to Dismiss of Defendant Greyhound Lines, Inc. (ECF No. 12) is **GRANTED IN PART** and **DENIED IN PART** as follows:

- Defendant's motion to dismiss with respect to Plaintiff's disparate impact claims for gender discrimination is **GRANTED.**

- Defendant's motion to dismiss with respect to Plaintiff's disparate impact claims for race discrimination is **GRANTED** without prejudice to Plaintiff's right to amend.

- Defendant's motion to dismiss with respect to all other claims is **DENIED.**

        s/Anita B. Brody

        _____
        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: