## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE MCNEIL,<br>    Plaintiff, | :<br>:<br>:     CIVIL ACTION |
| v. | :<br>:     NO. 13-1947 |
| GREYHOUND LINES, INC.,<br>    Defendant. | :<br>: |

## ORDER

**AND NOW**, this  25th  day of November, 2014, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 50) is **GRANTED**.

    s/Anita B. Brody

    _____
    ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: